JS-6

Dayton B. Parcells III, State Bar No. 127495
DBParcells@Parcellslaw.com
PARCELLS LAW FIRM
1901 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 201-9882
Facsimile: (310) 201-9855

Attorneys for Plaintiff,
R.F.F., INC. MONEY PURCHASE PENSION TRUST,
FKA R.F.F. INCORPORATED DEFINED BENEFIT
PENSION PLAN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.F.F., INC. MONEY PURCHASE PENSION TRUST, FKA R.F.F. INCORPORATED DEFINED BENEFIT PENSION PLAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>SIMIE FEIN, AN INDIVIDUAL,<br><br>DEFENDANTS. | Case No. **CV 08-06750 GAF (SSx)**<br><br>Judge Gary A. Feess<br><br>[PROPOSED] JUDGMENT<br><br>TRIAL DATE: Sept. 8, 2009<br>TIME: 8:30 a.m.<br>COURTROOM: 740 |

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff R.F.F. Inc., Money Purchase Pension Trust formerly known as R.F.F. Incorporated Defined Benefit Pension Plan have and recover from Defendant Simie Fien the sum of $1,236,922.03, with interest thereon at the rate of 10

1 | percent (10%) per annum from the date of this judgment until paid, together
2 | with costs and attorney's fees amounting to the sum of $17,140, for the total
3 | sum of $1,254,062.03.
4 | Dated: September 28, 2009

_____
Gary A. Feess
United States District Judge

APPROVED AS TO FORM AND CONTENT:

Dated: September 2, 2009                    PARCELLS LAW FIRM

By: _____
Dixon B. Parcells III
Attorneys for Plaintiff,
R.F.F., INC. MONEY PURCHASE
PENSION TRUST, FKA R.F.F.
INCORPORATED   DEFINED
BENEFIT PENSION PLAN

Dated: September 23, 2009                   COOKSEY, TOOLEN, GAGE,
                                            DUFFY & WOOG

By: _____
David R. Cooksey
Attorneys for Defendant,
SIMIE FEIN